People v Colon (2025 NY Slip Op 50327(U))

[*1]

People v Colon (Juan)

2025 NY Slip Op 50327(U)

Decided on March 14, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on March 14, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Tisch, J.P., James, Perez, JJ.

570703/19

The People of the State of New York, Respondent,
against
Juan Colon, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Jeanine R. Johnson, J., at speedy trial motion; Leslie A. Stroth, J., at plea and sentencing), rendered October 10, 2019, convicting him, upon his plea of guilty, of driving while intoxicated, and imposing sentence.

Per Curiam.
Judgment of conviction (Jeanine R. Johnson, J., at speedy trial motion; Leslie A. Stroth, J., at plea and sentencing), rendered October 10, 2019, affirmed.
Defendant forfeited review of his speedy trial claim by pleading guilty (see People v Suarez, 55 NY2d 940, 942 [1982]; People v Joyce, 226 AD3d 541, 542 [2024], lv denied 41 NY3d 1019 [2024]). The current version of CPL 30.30 (6), which permits defendants who pleaded guilty to raise statutory speedy trial claims on appeal, became effective after defendant was convicted and does not apply retroactively (see People v Rodriguez, 216 AD3d 436 [2023], lv denied 40 NY3d 999 [2023]; People v Lara—Medina, 195 AD3d 542 [2021], lv denied 37 NY3d 993 [2021]). In any event, we find that defendant's speedy trial motion was properly denied.
To the extent that defendant argues that this Court should reverse the judgment of conviction in the interest of justice, we find that this case is not one of those "rare and unusual case[s] [that] cries out for fundamental justice beyond the confines of conventional considerations" (People v Williams, 145 AD3d 100, 107 [2016][internal quotation marks and citation omitted]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: March 14, 2025